UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
CHARLOTTE BRYANT,                              Index No. 07 CIV 10505
   -vs-                                            (Judge Crotty)

THE CITY OF NEW YORK, CAPTAIN OF CORRECTIONS WILLIAM INMAN, ET. AL.,
-----------------------------------------------------------------x

STATE OF     NEW YORK      )
COUNTY OF    NEW YORK      )   ss.

Undersigned deponent, being duly sworn deposes and says that said deponent is not a party to this action, is over the age of eighteen years and resides in the State of New York. Deponent served the within process as follows:

**PROCESS SERVED:** SUMMONS, JURY TRIAL DEMAND, COMPLAINT
**PARTY SERVED:** THE CITY OF NEW YORK c/o CORPORATION COUNSEL

**LOCATION OF SERVICE:** 100 Church Street, 4th Floor
New York, NY  10007

**PARTY ACCEPTING SERVICE:** Tameka Mendes-Gammon, clerk
**DATE OF SERVICE:** 11/27/07    **TIME OF SERVICE:** 12:07 p.m.

An approximate description of the person served with process listed herein:

**SEX:** F  **SKIN COLOR:** Black    **HAIR:** Black  **AGE:** 27  **HEIGHT:** 5'6"
**WEIGHT:** 130    **OTHER FEATURES:**

Deponent further states that the within process was served in the following manner:

By delivering to and leaving with the above named person who is the authorized agent of said Government Agency.

_____
ERIC AVERBACH
NYC Lic. #918927

SWORN TO BEFORE ME ON  11/27/.7

Qualified in Queens