

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, N.Y. 10007

BASIL C. SITARAS
Labor and Employment Law Division
Tel.: (212) 788-0879
Fax: (212) 788-8877
E-mail bsitaras@law.nyc.gov

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 1 6 2008

January 15, 2008

**VIA FACSIMILE** (212) 805-6304
Honorable Paul A. Crotty
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re: <u>Charlotte Bryant v. City of New York, et al.</u>
        07 Civ. 10505 (PAC)

Dear Judge Crotty:

    I am an Assistant Corporation Counsel in the Labor and Employment Law Division of the New York City Law Department and the attorney assigned to the defense of the City of New York ("City") in this action. I am writing to respectfully request a two (2) week extension of time within which the City may answer or otherwise respond to the complaint. The City's response to the complaint is currently due January 16, 2008. Plaintiff's counsel, Fred Lichtmacher, Esq., consents to this request. This is the City's second request for an extension of time to answer or otherwise respond to the complaint.

    To date, Mr. Lichtmacher has informed me that that he has been unable to effectuate service upon Captain Inman, a named defendant, at the address provided, an issue which this office intends to resolve quickly. Thus, this office has yet to meet with Correction Captain William Inman to discuss representation in this matter.

**MEMO ENDORSED**

In view of the foregoing, it is respectfully requested that the Court grant the City's within request extending its time to answer or otherwise respond to the complaint until January 30, 2008.

Thank you for your consideration in this regard.

Respectfully submitted,

Basil C. Sitaras (BS-1027)
Assistant Corporation Counsel

cc:  Fred Lichtmacher, Esq. (via facsimile (212) 922-9077)
     Attorney for Plaintiff

SO ORDERED: JAN 1 6 2008

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

2