# FRED LICHTMACHER
ATTORNEY AT LAW
350 FIFTH AVENUE - SUITE 7116
NEW YORK, NEW YORK 10118

TELEPHONE: (212) 922-9066
FACSIMILE: (212) 922-9077

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 0 7 2008
```

April 5, 2008

Honorable Judge Paul A. Crotty
Southern District of New York
500 Pearl Street
New York, New York 10007
**Fax # (212) 805-6304**

Re: <u>Bryant v NYC et al</u>, 07 cv 10505 (PAC)

Your Honor:

I represent the plaintiff in the above-entitled cause of action. I respectfully request an adjournment of the ~~settlement~~ *Status* conference scheduled for April 8, 2008.

I have had several heart procedures and my blood pressure is extremely high and I have the opportunity to see my doctor and possibly undergo testing that day.

Pursuant to Your Honor's rules I will be available the following dates for the settlement conference.

(May 12, 2008)
May 13, 2008
May 14, 2008

I do not believe this adjournment will interfere with the remainder of the schedule.

Respectfully submitted,

/s/ Fred Lichtmacher

cc  Basil Siaras
    Assistant Corporation Counsel
    100 Church Street
    New York NY 10007

**MEMO ENDORSED**

Application GRANTED. The conference is adjourned to 5/12/08 at 3:15 pm in Courtroom 20C.

SO ORDERED: APR 0 7 2008

/s/ Paul Crotty
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE