## FRED LICHTMACHER
ATTORNEY AT LAW
350 FIFTH AVENUE - SUITE 7116
NEW YORK, NEW YORK 10118

TELEPHONE: (212) 922-9066
FACSIMILE: (212) 922-9077

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 08 2008
```

May 5, 2008

Honorable Judge Paul A. Crotty
Southern District of New York
500 Pearl Street
New York, New York 10007
**Fax # (212) 805-6304**

Re: **Bryant v NYC et al**, 07 cv 10505 (PAC)

Your Honor:

I represent the plaintiff in the above-entitled cause of action. I respectfully request an adjournment of the status conference scheduled for May 12, 2008.

I am going to be on trial before Judge Sand in the matter of Cunningham et al v Rollins 04-10232.

Pursuant to Your Honor's rules I will be available the following dates for the conference.

June 10-June 14, 2008

I do not believe this adjournment will interfere with the remainder of the schedule.

Respectfully submitted,

Fred Lichtmacher

cc  Basil Siaras
    Assistant Corporation Counsel
    100 Church Street
    New York NY 10007

**MEMO ENDORSED**

Application GRANTED, and the parties shall submit a revised Civil Case Management Plan. The conference is adjourned to 6/12/08 at 2:30 pm in Courtroom 20-C

SO ORDERED: MAY 08 2008

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE



"Sitaras, Basil"
<bsitaras@law.nyc.gov>
05/06/2008 12:28 PM

To <Marlon_Ovalles@nysd.uscourts.gov>, <empirestatt@aol.com>
cc
bcc
Subject RE: Bryant v. The City of New York et al - 07 Civ 10505 (PAC)

Good afternoon Mr. Ovalles,

If it is more efficient to do so, I can provide my consent via email. I did provide my consent to Mr. Lichtmacher last week, so it was simply an oversight that it was not included in his request. As for the proposed dates, I am available all day on June 10, 11, or 12. However, the parties will also have to submit an additional request for an extension of time to complete discovery, as we will be unable to meet the June 6, 2008 deadline with Mr. Lichtmacher's recent trial schedule. Thank you.

Regards,
Basil Sitaras

**From:** Marlon_Ovalles@nysd.uscourts.gov [mailto:Marlon_Ovalles@nysd.uscourts.gov]
**Sent:** Tuesday, May 06, 2008 11:59 AM
**To:** empirestatt@aol.com
**Cc:** Sitaras, Basil
**Subject:** Bryant v. The City of New York et al - 07 Civ 10505 (PAC)

Mr. Lichtmacher,

Please resubmit your May 5 request to adjourn the upcoming conference Your request is not in compliance with Judge Crotty's Individual Practices, Rule 1 E (attached). Thank you.

*E. Requests for Adjournments or Extensions of Time*
*Requests for adjournments will not be granted unless counsel requesting the adjournment complies with this rule. All requests for adjournments or extensions of time must state (1) the original date(s), (2) the number of any previous requests for adjournment or extension, (3) whether these previous requests were granted or denied, (4) whether the adversary consents, and, if not, the reasons given by the adversary for refusing to consent, and (5) if the adversary consents, counsel shall confer amongst each other and propose three (3) alternate conference dates. If the requested adjournment or extension affects any other scheduled dates, a proposed Revised Scheduling Order must be attached. Any request for adjournments of court conferences shall be made at least 48 hours prior to the scheduled appearance. The Court will not advise the parties by telephone or mail of the disposition of requests for extensions and adjournments. Counsel are responsible for checking the docket sheet in the Clerk's office in person, by use of a service, or through use of the Court's ECF system.*

Marlon Ovalles
Courtroom Deputy to the Hon. Paul A. Crotty, U.S.D.J
United States District Court
Southern District of New York